# SMITH & ASSOCIATES, INC.

———————— Attorneys at Law ————————

Tel: (916) 966-5973                                               7803 Madison Avenue, Suite 710
Fax: (916) 966-9607                                               Citrus Heights, California 95610-7695

September 15, 2009

Honorable Maria-Elena James
United States District Court – Northern District
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

    Re:    <u>Travelers Property Casualty Co. of America v. ACE Insurance Limited, et al.</u>
             Case No.:  CV 09 2874 MEJ

Dear Judge James:

This case involves a claim by Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA against Defendant ACE Insurance for a declaratory relief and equitable contribution. A settlement in the underlying action has been reached. However, the settlement documents have not yet been completed. It is anticipated the settlement will be completed within the next 60 days. Once the settlement documents are completed, Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA will dismiss this action.

Plaintiff requests that the Initial Case Management Conference currently scheduled for October 1, 2009 at 10:00 a.m. be continued by the court. Plaintiff further requests that the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement be continued by the court.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*

Douglas L. Smith

DLS:mg

The CMC is hereby VACATED. If necessary, the parties may request that it be placed back on calendar. Otherwise, the parties shall file a dismissal within 60 days of this Order.

Dated: September 16, 2009

*[GRANTED stamp — Judge Maria-Elena James, United States District Court, Northern District of California]*